IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GAYLON RICHARD COX                                          PETITIONER

v.                              No. 4:16-cv-480-DPM

UNITED STATES OF AMERICA                                    RESPONDENT

## ORDER

The Court directs the Clerk to stay and administratively terminate this case. The Court will reopen the case when the stay in the related criminal case, № 4:98-cr-73-DPM, is lifted.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

14 November 2018